JOSEPH W. MULLAHEY, Appellant, v. MARY HALLENBACK and ROBERT W. HALLENBACK, Respondents. JAMES F. BIRD, Appellant, v. MARY HALLENBACK and ROBERT W. HALLENBACK, Respondents.— Judgments reversed on the law and a new trial granted, with one bill of costs to abide the event. We think the question of defendants' negligence and Mullahey's contributory negligence was

for the jury. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.